IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BRAD RINEHART**                                                                  **PLAINTIFF**

**v.**                               **CASE NO. 2:20-CV-00173-BSM**

**STATE FARM FIRE & CASUALTY**
**COMPANY**                                                                        **DEFENDANTS**

## JUDGMENT

Consistent to the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 7th day of January, 2022.

_____
UNITED STATES DISTRICT JUDGE